OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendant
UNIVERSAL STUDIOS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARBINE, an individual, | Case No. 2:18-cv-02680-JAK(AGRx) |
| Plaintiff, | **CERTIFICATE OF SERVICE BY U.S. MAIL** |
| v. | |
| UNIVERSAL STUDIOS, LLC., a Delaware Corporation; and DOES 1-10, inclusive, | Complaint Filed: February 20, 2018<br>Removal Date: April 2, 2018<br>Trial Date: None<br>District Judge: Hon. John A. Kronstadt<br>Courtroom 10B (1st Street)<br>Mag. Judge: Hon. Alicia G. Rosenberg<br>Courtroom: B (Spring Street) |
| Defendants. | |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 400 S. Hope Street, Suite 1200, Los Angeles, California 90071.

  On April 4, 2018, I served the following document(s) described as:

  *** See attached LIST OF DOCUMENTS SERVED ***

on the persons below as follows:

| | |
|---|---|
| Joseph R. Manning, Jr., Esq.<br>Michael J. Manning, Esq.<br>Tristan P. Jankowski, Esq.<br>MANNING LAW, APC<br>4667 MacArthur Blvd., Suite 150<br>Newport Beach, California 92660<br>Telephone: (949) 200-8755<br>Facsimile: (866) 843-8308<br>Email: ADAPracticeGroup@manninglawoffice.com | Attorneys for Plaintiff<br>Jennifer Carbine |

  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐   deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒   placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope or package with postage fully prepaid.

  I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☒   (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

  Executed on April 4, 2018, at Los Angeles, California.

| | |
|---|---|
| Leticia Rivera | *Leticia Rivera* |
| Type or Print Name | Signature |

* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)

## LIST OF DOCUMENTS SERVED

1. DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT;
2. CIVIL COVER SHEET;
3. CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT IN COMPLIANCE WITH F.R.C.P. RULE 7.1 AND LOCAL RULE 7.1-1;
4. DECLARATION OF GABRIELA KORNZWEIG IN SUPPORT OF NOTICE OF REMOVAL;
5. DECLARATION OF DAVID MAGANA IN SUPPORT OF NOTICE OF REMOVAL;
6. DECLARATION OF DAVID RAIZMAN IN SUPPORT OF NOTICE OF REMOVAL;
7. AMENDED CIVIL COVER SHEET;
8. NOTICE OF ASSIGNMENT OF UNITED STATES JUDGES;
9. NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; and
10. CERTIFICATE OF SERVICE BY U.S. MAIL

33616352.1